UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| MICHAEL D. CROSS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 04-1253 (RMC) |
| ) | |
| G. WAYNE CLOUGH, Secretary, ) | |
| Smithsonian Institution, ) | |
| ) | |
| Defendant. ) | |
| ) | |

ORDER

For the reasons set forth in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that Defendant's Renewed Motion for Summary Judgment [Dkt. # 118] is **DENIED**; and it is further

**ORDERED** that Plaintiff's Cross Motion for Summary Judgment [Dkt. # 120] is **DENIED**; and it is further

**ORDERED** that Defendant's Motion to Strike Plaintiff's Cross Motion [Dkt. # 121] is **DENIED AS MOOT**; and it is further

**ORDERED** that Defendant's Motion for Leave to File a Reply [Dkt. # 122] is **GRANTED**.

**SO ORDERED**.

Date: March 11, 2010                                             /s/
                                                          ROSEMARY M. COLLYER
                                                          United States District Judge