UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL D. CROSS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 04-1253 (RMC) |
| ) | |
| G. WAYNE CLOUGH, Secretary, ) | |
| Smithsonian Institution, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**ORDER**

There is a single count remaining for trial: Michael D. Cross's claim of retaliatory discharge in violation of Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e. Mr. Cross has moved under Rule 42(b) of the Federal Rules of Civil Procedure to bifurcate the trial into two stages: first, a liability stage and second, if liability is found, a damages stage. Mr. Cross seeks to omit from the liability portion of the trial any evidence of his use of a false name to gain employment with the Department of the Interior in 1983 in order to conceal the fact that he was a fugitive at the time. The Smithsonian only discovered this information after it had discharged Mr. Cross and seeks to present this "after acquired" evidence to limit his compensatory damages.

Mr. Cross argues that the "after-acquired evidence also raises factual allegations about [his] 1977 arrest and felony conviction, his 1980 escape from prison, and his 1983 use of another name when applying for a federal job. This evidence is prejudicial and irrelevant at the liability stage." Pl.'s Mem. in Supp. of Mot. to Bifurcate [Dkt. # 108] at 5. The Smithsonian disagrees.

As does the Court. While "prejudicial" in that the evidence might impugn Mr.

Cross's credibility, it is immediately germane and relevant for that very purpose if Mr. Cross takes the stand and puts his credibility at issue.  The specifics of the evidence shall not be mentioned by the Smithsonian in its opening statement unless counsel for Mr. Cross mentions it in her opening statement.  Accordingly, Mr. Cross's Motion to Bifurcate [Dkt. # 108] is **DENIED**.

        **SO ORDERED**.

Date:  March 11, 2010                          /s/
                                                 ROSEMARY M. COLLYER
                                                 United States District Judge