UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL D. CROSS,<br>    Plaintiff, | )<br>)<br>)<br>) |
| v. | ) Civil Action No. 04-1253 (RMC) |
| G. WAYNE CLOUGH, Secretary,<br>Smithsonian Institution,<br>    Defendant. | )<br>)<br>)<br>)<br>) |

**NOTICE OF CHANGE OF ADDRESS**

    The Clerk of the Court is requested to note a change of address for counsel for the Plaintiff. Counsel's new address is:

Kristin D. Alden
Michelle F. Bercovici
Kraft Alden, PLLC
2600 Virginia Ave., NW
Suite 512
Washington, DC  20037

Phone, fax and e-mail address remain the same.

                  Respectfully submitted,

                  ___/s/_____
                  KRISTIN D. ALDEN, D.C. BAR # 435227
                  Kraft Alden, PLLC
                  2600 Virginia Ave., NW
                  Suite 512
                  Washington, DC 20037
                  Tel:  202-783-1391
                  Fax:  202-783-1392
                  KAlden@kraftalden.com

                  April 5, 2010