**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| MICHAEL CROSS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 04cv1253 (RMC) |
| ) | |
| G. WAYNE CLOUGH, SECRETARY, ) | |
| SMITHSONIAN INSTITUTION, ) | |
| ) | |
| Defendant. ) | |

**DEFENDANT'S NOTICE OF INTENT TO USE**
**CRIMINAL CONVICTION OVER TEN YEARS**

Defendant, through counsel, hereby gives notice, pursuant to Fed. R. Evid. 609(b), that Defendant intends to use evidence of Plaintiff's conviction for Distribution of a Controlled Substance (Heroin) in 1980, and his subsequent escape from a Virginia penitentiary on October 8, 1980 for substantive as well as for impeachment purposes. The conviction, as well as the escape bear directly upon the facts of the present matter and Plaintiff's claims. Specifically, the fact of his conviction, his escape from custody, and his use of a stolen identity to obtain federal employment in Idaho are directly related to the untruthful and deceitful conduct Plaintiff used to obtain employment with the Smithsonian. Thus, the impeachable conduct by Plaintiff has continued from his felony conviction and on into this present matter, and Defendant intends to use the conviction for impeachment if Plaintiff testifies. See Order Dkt. No. 125 at 1-2 (the after-acquired evidence of Plaintiff's arrest and conviction, his escape from prison and his use of another name when applying for a federal job is "immediately germane and relevant for that very purpose if Mr. Cross takes the stand and puts his credibility at issue).

Respectfully submitted,

RONALD C. MACHEN JR., D.C. Bar # 447889
United States Attorney

RUDOLPH  CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney


  /s/ Darrell C. Valdez
DARRELL C. VALDEZ, D.C. Bar # 420232
Assistant United States Attorney
Judiciary Center Building
555 4th St., N.W., Civil Division
Washington, D.C.  20530
(202) 307-2843