UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| MICHAEL D. CROSS, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 04-1253 (RMC) |
| | ) | |
| G. WAYNE CLOUGH, Secretary, | ) | |
| Smithsonian Institution, | ) | |
| Defendant. | ) | |

**NOTICE OF ENTRY OF APPEARANCE**

The Clerk of the Court will please enter the appearance of attorney Michelle F. Bercovici as counsel for the Plaintiff in the above-captioned case:

Respectfully submitted,

\_\_\_/s/_____
MICHELLE F. BERCOVICI, DC BAR # 435227
Alden Law Group, PLLC
2600 Virginia Ave., NW
Suite 512
Washington, DC 20037
Tel:  202-783-1391
Fax:  202-783-1392
MBercovici@kraftalden.com

June 3, 2010