UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL D. CROSS,     Plaintiff, | )))) |
| v. | ) Civil Action No. 04-1253 (RMC)) |
| G. WAYNE CLOUGH, Secretary,Smithsonian Institution,     Defendant. | ))) June 3, 2010)) |

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.2 (d), the undersigned moves this Honorable Court to admit me *pro hac vice*. I declare under penalty of perjury:

1. That my name is Jeremy Michael Prose;

2. That I am an Associate and work for the Alden Law Group, PLLC, 2600 Virginia Avenue, NW, Suite 512, Washington, D.C. 20037; tel: (202) 783-1391;

3. That I have been admitted to the bar of the Maryland Court of Appeals;

4. That I have not been disciplined by any bar;

5. That I have not been admitted *pro hac vice* to this court before;

6. That I am not a member of the District of Columbia Bar, but that I am eligible to waive into the D.C. Bar and have begun the application process;

7. That I am sponsored in this motion by Kristin D. Alden, an attorney admitted to the District of Columbia Bar and this Court.

.   June 3, 2010                                         Respectfully submitted,

       ___/s/_____
JEREMY PROSE
Alden Law Group, PLLC
2600 Virginia Ave., NW
Suite 512
Washington, DC 20037
Tel:  202-783-1391
Fax:  202-783-1392
jprose@kraftalden.com


       ___/s/_____
KRISTIN D. ALDEN, D.C. BAR # 435227
Alden Law Group, PLLC
2600 Virginia Ave., NW
Suite 512
Washington, DC 20037
Tel:  202-783-1391
Fax:  202-783-1392
KAlden@kraftalden.com